IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02056-RBJ

TIMOTHY S. O'BRIEN, M.D.,

     Plaintiff,

v.

STANDARD INSURANCE COMPANY, and
MINNESOTA MUTUAL LIFE INSURANCE COMPANY,

     Defendants.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

     THIS MATTER, having come before the Court on the Parties' Stipulation for Dismissal With Prejudice, and the Court, having reviewed the Stipulation and the file and being otherwise fully advised in the premises,

HEREBY ORDERS that that the Stipulation for Dismissal with Prejudice is hereby GRANTED, and this case is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

     DATED this 8th day of December, 2014.

                  BY THE COURT:

                  _____
                  R. Brooke Jackson
                  United States District Judge